AO 243  (Rev. 2/95)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **District of Guam** | **CV-02-00027** |
|---|---|---|

| Name of Movant **HERBERT TUDELA SABLAN** | Prisoner No. **02195–093** | Case No. **01–00101–001** |
|---|---|---|

Place of Confinement

**FDC Honolulu  P.O. Box 30080 Honolulu, HI 96820**

FILED
DISTRICT COURT OF GUAM
SEP -4 2002
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA          V.          **HERBERT TUDELA SABLAN**

(name under which convicted)

### MOTION

1.  Name and location of court which entered the judgment of conviction under attack     **UNITED STATES DISTRICT COURT, DISTRICT OF GUAM**

2.  Date of judgment of conviction     **02–05–02**

3.  Length of sentence     **51 MTHS**

4.  Nature of offense involved (all counts)     **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE per  21 USC § 841(a)(1)**

5.  What was your plea? (Check one)
    (a) Not guilty     ☐
    (b) Guilty     ☑
    (c) Nolo contendere     ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a) Jury     ☐
    (b) Judge only     ☐

7.  Did you testify at the trial?
    Yes ☐     No ☑

8.  Did you appeal from the judgment of conviction?
    Yes ☐     No ☑

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐     No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐     No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Name of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐       No ☐

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)  First petition, etc.          Yes ☐       No ☐

(2)  Second petition, etc.      Yes ☐       No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.    State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(4)

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

A.  Ground one: The sentencing court erred in not crediting the petitioner with the additional one-level adjustment he should have received persuant to USSG § 3E 1.1(b) (1) and 3E1.1(b)(2).

Supporting FACTS (state *briefly* without citing cases or law): The PSI report was accepted by the sentencing court, which includes the facts set forth therein. The PSI report at pages 5 and 6 states that I had met the qualifiying factors for the additional one-level adjustment, under USSG 3 E 1.1(b) (1) and (2). Page 7 of the report shows the offense level should be 21. The other references in the report show a level of 22 is clearly a clerical error.

B.  Ground two: The sentencing court erred in calculating the petitioner a total level of 21, and consequently erroniously applied a sentencing range of 41-51 months versus 37-46 months as illustrated at USSG CH5. PT. A. sentencing table.

Supporting FACTS (state *briefly* without citing cases or law): The sentencing court erred in calculating a total offense level of 22 instead of 21, and consequently erroniously applied a sentencing range of 41-51 months versus 37-46 months. as illustrated at USSG CH5 PT. A. of the sentencing table.

C.  Ground three: Any failure of the petitioner to object to the erronious calculation at the sentencing hearing was the result of ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law): The petitioners counsel should have seen the error within the PSI report where the offense level of (22) is written versus the correct offense level of (21), meeting both criteria of USSG 3 E1.1(b) (1) and (2). I had cooperated with authorities, provided complete information, and promptly notified authorities of my intent to pleading guilty. Any failure to raise or purported waiver, should not been held against me but is attributable to ineffective assistance of counsel in my case.

(5)

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing    **William Bischoff** **Suite 501C, GCIC Building 414 West Soledad**

   **Avenue Hagatna, Guam 96910 (671) 477-2301**

   (b) At arraignment and plea    **William Bischoff**

   _____

   (c) At trial    **William Bischoff**

   _____

   (d) At sentencing    **William Bischoff**

   _____

(6)

(e)  On appeal _____N/A_____

_____

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐     No ☑

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐     No ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐   No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

**08-12-02**
_____
Date

*Herbert T. Sablan*
_____
Signature of Movant

(7)

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

UNITED STATES OF AMERICA
vs.
Herbert Tadela Sablan

Case no. 01-00101-001

Motion for leave to
Proceed in Forma
Pauperis and for
Appointments of Counsel.

Petitioner asks leave to proceed in Forma Pauperis. The PSI report states I have been unemployed since 1998, and the court appointed counsel to represent me as it found me to be indigent.

I am now confined and unable to bear any cost or fees that may be involved in the processing of this motion. I therefore request leave to proceed in Forma Pauperis in these proceedings.

Similarily, as the court had to appoint counsel for me in my criminal case; now that I am confined in Honolulu, Hawai'i at the Federal Detention Center I certainly cannot afford to hire counsel.

I therefore request the court to please appoint counsel to represent and assist me in preparing and presenting this 2255 motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, this 23 day of August 2002. FDC Honolulu, Hawai'i

Respectfully,

Herbert T. Sablan
Reg. #02195-093
Petitioner

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to attack, the movant should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions–Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis,* in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.